**Motion for Rehearing Granted, Memorandum Opinion filed July 30, 2020, Withdrawn, Appeal Reinstated, and Order filed September 24, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00355-CV
_____

**BEECHNUT LIQUOR LLC, A TEXAS LIMITED LIABILITY COMPANY; AND DONATUS KOGULUCHUKWU OKAFOR, Appellant**

**V.**

**THE STATE OF TEXAS; THE TRANSIT AUTHORITY OF HOUSTON MTA, TEXAS; AND THE SPECIAL PURPOSE DISTRICT OF HARRIS-FT. BEND ESD 100, TEXAS, Appellee**

**On Appeal from the 419th District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-19-004209**

## ORDER

On July 30, 2020, this court issued an opinion dismissing this appeal. On, August 12, 2020, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed July 30, 2020, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

On June 15, 2020, the court reporter informed this court that no reporter's record was taken. Accordingly, appellant's brief is due October 26, 2020.

PER CURIAM

Panel Consists of Justices Christopher, Jewell, and Hassan.